# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUNOZ,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | CASE NO. 1:16-cv-01103-LJO-MJS (PC)<br><br>**ORDER DENYING STIPULATION AND PROPOSED ORDER TO STAY CURRRENT SCHEDULE**<br><br>(ECF No. 16)<br><br>**DISCOVERY DEADLINE: MAY 21, 2018**<br><br>**DISPOTIVE MOTION DEADLINE: AUGUST 1, 2018** |

Plaintiff is a former state prisoner represented by counsel and proceeding in forma pauperis pursuant to 42 U.S.C. § 1983.

Before the Court is the parties' Stipulation (ECF No. 16) to stay this action for ninety days to permit the parties to pursue settlement negotiations.

The Stipulation failing to reveal good cause for staying this action, the parties' joint stipulation is DENIED. However, the Court will extend the deadline for discovery to May 21, 2018, and the deadline for filing dispositive motions to August 1, 2018, to enable settlement negotiations to proceed without having immediately to finish discovery and file dispositive motions.

IT IS SO ORDERED.

Dated: March 16, 2018      /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE