UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUNOZ,<br><br>               Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JANINA MEISSNER-FRISK, D.O.,<br><br>               Defendants. | Case No.: 1:16-cv-01103-LJO-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE DISCOVERY<br><br>(Doc. 20) |

      The Court **GRANTS** the parties' stipulation to extend non-expert discovery to June 15, 2018. **Absolutely no further schedule modifications related to non-expert discovery will be entertained.**

IT IS SO ORDERED.

      Dated:   **May 21, 2018**                           **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE