UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUNOZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01103 - LJO- JLT<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SET A HEARING DATE<br><br>(Doc. 36) |

Plaintiff filed a notice of motion to compel discovery on July 30, 2018[1], and set the matter for hearing on August 20, 2018. (Doc. 34) Local Rule 251(a) required the parties to file a Joint Statement re Discovery Disagreement "at least seven (7) days before the scheduled hearing date." Thus, the joint statement was due no later than August 13, 2018. Local Rule 251 also informs the parties that "[t]he hearing may be dropped from the calendar without prejudice" when a joint statement is not timely filed.

The parties failed to file any joint statement by the deadline of August 13, 2018.[2] As a result, the Court dropped the motion from its calendar and vacated the hearing date of August 20, 2018. (Doc.

---

[1] Notably, Plaintiff was directed to file any motion to compel no later than July 20, 2018. (Doc. 29)
[2] In the notice of motion to compel, Plaintiff acknowledged a joint statement was to be filed "seven days prior to the hearing" in the notice of motion to compel. (Doc. 34 at 2)

1

35)

Accordingly, the Court **ORDERS**: Plaintiff's request to set a hearing date on the motion is denied as **MOOT**.

IT IS SO ORDERED.

Dated: __**August 15, 2018**__         _____/s/ Jennifer L. Thurston__
                                                              UNITED STATES MAGISTRATE JUDGE