UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MUNOZ,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 1:16-cv-01103 LJO JLT (PC)<br><br>**[PROPOSED] ORDER GRANTING TWO WEEK EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br>**(Doc. 38)** |

Good cause appearing, the Court **ORDERS**:

1. Defendants' request for a two-week extension of time to September 30, 2018, to file their dispositive motion is **GRANTED**. The parties may file dispositive motions no later than September 30, 2018.

IT IS SO ORDERED.

    Dated:  **September 14, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE