# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MUNOZ,** | Case No. 1:16-cv-01103 LJO JLT (PC) |
| Plaintiff, | **ORDER RECLASSIFYING THE CASE AS A CIVIL ACTION** |
| **v.** | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

In this action, Plaintiff contends he suffered injuries caused by the defendants' wrongful action. He is represented by counsel. Thus, this case should be classified as a civil action. Local Rule 101 ["'Prisoner Actions' are actions brought **in propria persona** by a person in custody . . ."] Accordingly, the Court **ORDERS**: The Clerk of the Court is **DIRECTED** to reclassify this matter as a general civil action.

IT IS SO ORDERED.

Dated: **October 4, 2018**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE