IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MUNOZ,** | CASE NO.: 1:16-cv-01103-LJO-JLT |
| **Plaintiff,** | **ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JANINA MEISSNER-FRISK, D.O.,** | Complaint Filed: July 29, 2016<br>Hearing Date: Pending<br>Time: Pending |
| **Defendants.** | Judge: Hon. Lawrence J. O'Neill, United States District Court Judge |

The Court having reviewed the request by Plaintiff to extend the time to file his opposition to the pending motion for summary judgment (ECF No.: 40), and finding no prejudice to Defendants, the Court sets the deadline for filing Plaintiff's opposition as October 24, 2018.

IT IS SO ORDERED.

Dated: **October 22, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1