IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MUNOZ,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 1:16-cv-01103 I.JO JLT (PC)<br><br>**ORDER** |

On November 1, 2018, Defendants sought a one-day request for extension of time to file their reply to Plaintiff's objections to Defendants' statement of undisputed facts, and their objections to Plaintiffs statement of facts. Good cause having been shown, Defendants' request is granted. Defendants' are granted until November 2, 2018 to file their reply and objections.

Dated:  November 2, 2018               /s/Lawrence J. O'Neill
                                       The Honorable Lawrence J. O'Neill