IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUNOZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | No. 1:16-cv-01103-NONE-JLT<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>(Doc. No. 85) |

On April 5, 2021, Defendants California Department of Corrections and Meissner-Frisk sought a five-day extension, up to and including April 12, 2021, to file briefing as indicated in the Court's Order issued February 22, 2021.  Good cause having been shown, the request is granted. Defendants' brief is due on or before April 12, 2021.

IT IS SO ORDERED.

Dated:   **April 6, 2021**                    _____
                                               UNITED STATES DISTRICT JUDGE