IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MUNOZ,**<br><br>                          Plaintiff,<br><br>       v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                          Defendants. | Case No. 1:16-CV-01103-JLT-BAK (BAM)<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE AND RESET SETTLEMENT CONFERENCE** |

The Court, having considered the joint stipulation to continue the settlement conference currently scheduled for June 23, 2022, and good cause having been found:

**IT IS ORDERED:** The joint stipulation for an order continuing the settlement conference is granted. The settlement conference currently scheduled for June 23, 2022, is continued to **July 12, 2022, at 1:30 p.m., in Courtroom 8 (BAM)** before the undersigned.  The attorneys who will try the case along with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, shall appear **remotely** via Zoom videoconference.

Counsel for the parties shall contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Plaintiff is also required to arrange for Plaintiff's participation by contacting the Litigation

<u>Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at this date and time, and providing the necessary Zoom contact information.</u>  If the institution is unable to accommodate a video appearance, counsel may arrange for Plaintiff's appearance by telephone, using the same Zoom contact information.

IT IS SO ORDERED.

Dated: **June 22, 2022**              /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE